Glen S. STITT, Respondent,

v.

Richard C. STITT, et al., Appellants.

No. WD 49903.

Missouri Court of Appeals,
Western District.

July 5, 1995.

Bob J. Hiler, Kansas City, for appellants.

Andrea P. Bolstad, Liberty, for respondent.

Before FENNER, C.J., P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from judgment in action on promissory note.

Judgment affirmed. Rule 84.16(b).